Maxx Phillips, HI Bar No. 10032
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2412
Honolulu, HI 96813
Tel: (808) 284-0007
mphillips@biologicaldiversity.org

Emily Jeffers, Ca. Bar No. 274222*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7100
ejeffers@biologicaldiversity.org
*Application for admission *pro hac vice* forthcoming

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SURFRIDER FOUNDATION; SUSTAINABLE COASTLINES HAWAII, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER, Administrator; JOHN BUSTERUD, Region 9 Administrator, United States Environmental Protection Agency, <br><br> Defendants. | CASE NO. 1:20-cv-00056 <br><br><br><br><br><br><br> SECOND JOINT MOTION TO EXTEND STAY |

Plaintiffs Center for Biological Diversity, Surfrider Foundation, and Sustainable Coastlines Hawaii (collectively, "Plaintiffs") and Defendants the United States Environmental Protection Agency, Administrator Andrew Wheeler, and Regional Administrator John Busterud (collectively, "EPA") request a 30-day extension of this Court's stay of deadlines in this case until August 28, 2020.

On July 10, 2020, EPA took action on Hawaii's supplemental submission in response to EPA's letter withdrawing portions of its approval of the State's 2018 Clean Water Act ("CWA") Section 303(d) list of waters.  In the July 10, 2020 action, EPA partially approved and partially disapproved Hawaii's 2018 Section 303(d) list.  Relevant to Plaintiffs' claims, EPA approved Hawaii's decision not to list 17 waterbodies but disapproved the State's decision not to list the Kamilo Beach and Tern Island waterbodies because EPA concluded that the existing and readily available data and information for those waterbodies indicate they are impaired by trash and require Total Maximum Daily Loads ("TMDLs") under Section 303(d).  Through that action, EPA identified these two waterbodies for inclusion on Hawaii's 2018 Section 303(d) list.  EPA transmitted the decision document to the Plaintiffs on July 14, 2020.  Consistent with EPA regulations at 40 C.F.R. § 130.7(d)(2), EPA issued a public notice seeking comment on these two additions to the 303(d) list on July 17, 2020 available at

2

https://www.epa.gov/publicnotices/epas-action-add-waters-hawaiis-2018-list-impaired-waters. The public comment period closes on August 19, 2020. After considering public comment, EPA will make any revisions it deems appropriate.

Deadlines in this case are currently stayed until today, July 29, 2020. The parties propose a 30-day extension of the current stay to determine a path forward in this litigation. Plaintiffs have indicated they will seek fees and are in the early stages of doing so. EPA reserves all rights to contest any fee demand.

DATED: July 29, 2020.

Respectfully submitted,

*/s/ Maxx Phillips*
Maxx Phillips, HI Bar No. 10032
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2412
Honolulu, HI 96813
Tel: (808) 284-0007
mphillips@biologicaldiversity.org

Emily Jeffers, Ca. Bar No. 274222*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7100
ejeffers@biologicaldiversity.org
*Application for admission *pro hac vice* forthcoming

3

*Attorneys for Plaintiffs*

/s/ *Sydney Menees*
Sydney Menees
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St. NE
Washington, DC 20002
Telephone (202) 514-2398
Facsimile (202) 514-8865
sydney.menees@usdoj.gov

*Attorney for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Sydney Menees						sydney.menees@usdoj.gov

Attorney for Defendants

Dated: July 29, 2020, at Honolulu, HI.

									*/s/ Maxx Phillips*
									Maxx Phillips